IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-278-OES

DAVID SALVADOR COTA,

    Plaintiff,

v.

ROBERT A. HOOD,
G. L. HERSHBERGER,
HARRELL WATTS,
ROB MUNDT,
LES SMITH,
S. BEICKER, and
T. G. HERLICH, in individual and official capacities,

    Defendants.

## ORDER DISMISSING CASE

This matter is before the Court on the motion for dismissal that Plaintiff David Salvador Cota submitted *pro se* and the Court filed on June 20, 2005. In the motion, Mr. Cota informs the Court that he wants to withdraw voluntarily his complaint.

The Court must construe the June 20, 2005, motion to withdraw liberally because Mr. Cota has filed the motion on his own behalf. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the June 20 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse

party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See **Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to withdraw that Plaintiff David Salvador Cota submitted *pro se* and the Court filed on June 20, 2005, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 20, 2005, the date the notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of June, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-00278-OES

David Salvador Cota
Reg. No. 78854-012
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6-30-05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk